GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
TIMOTHY J. SEARIGHT
Assistant United States Attorney
Chief, OCDETF Section
California State Bar No. 151387
J. MARK CHILDS
Assistant United States Attorney
California State Bar No. 162684
        1400 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-3749
        Facsimile: (213) 894-0142
        e-mail:   timothy.searight@usdoj.gov


Attorneys for Plaintiff
United States of America


                    UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. 06-656(A)-SVW |
|---|---|---|
| Plaintiff, | ) ) | ORDER GRANTING GOVERNMENT'S EX |
| | ) | PARTE APPLICATION FOR AN ORDER |
| v. | ) | PERMITTING THE FILING OF AN |
| | ) | OVERSIZED BRIEF IN SUPPORT OF |
| GEORGE TORRES-RAMOS, | ) | GOVERNMENT'S OPPOSITION TO |
| et al., | ) | DEFENDANT'S MOTION FOR JUDGMENT |
| | ) | OF ACQUITTAL, OR IN THE |
| Defendants. | ) | ALTERNATIVE, FOR A NEW TRIAL ON |
| | ) | COUNTS THREE AND FIVE THROUGH |
| | ) | EIGHT; DECLARATION OF J. MARK |
| | ) | CHILDS |
| | ) | |
| | ) | |
| | ) | Hearing Date:  June 1, 2009 |
| | ) | |
| | ) | |

        The Court HEREBY ORDERS, for good cause shown, that the

government may file a 53-page memorandum of points and

authorities in support of the Government's Opposition to

Defendant's Motion for Judgment of Acquittal, Or In The Alternative, For a New Trial On Counts Three and Five Through Eight.

DATED: May 28, 2009

HON. STEPHEN V. WILSON
United States District Court

2